No. 10–8612.  TROLLOPE v. SHELDON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 10–8616.  TRACY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8617.  TRACY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8619.  NZUNDU-ANDI v. NCO FINANCIAL SYSTEMS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 10–8631.  LOR v. KRAMER.  C. A. 9th Cir.  Certiorari denied.

No. 10–8637.  DUNIGAN v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 10–8654.  CULGAN v. OHIO.  Ct. App. Ohio, Medina County. Certiorari denied.

No. 10–8656.  CERVANTES-SEGURA, AKA NAVARRO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8685.  LADD v. THIBAULT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–8687.  CIRIA v. RUBINO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8688.  ABRAM v. MILYARD, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–8699.  BROWN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–8708.  BONILLA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–8716.  COSTA v. ALLEN.  Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–8719.  BAER v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.